Eastern District of Kentucky
FILED
JAN 25 2018
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 5:18-CR-08-DCR

JESSE L. KESSLER

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

**COUNT 1**
**18 U.S.C. § 2261A(2)**

In or about May 2017, and continuing until on or about the date of this Indictment, in the Eastern District of Kentucky and elsewhere,

**JESSE L. KESSLER,**

with the intent to harass and intimidate a person in another state, used the mail, an interactive computer service or electronic communication service, and a facility of interstate or foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to E.G., an immediate family member of E.G., and an intimate partner of E.G., and to place E.G. in reasonable fear of the death of, or serious bodily injury to, E.G., an immediate family member of E.G., and an intimate partner of E.G., all in violation of 18 U.S.C. § 2261A(2).

## COUNT 2
## 18 U.S.C. § 875(c)

On or about July 24, 2017, in the Eastern District of Kentucky and elsewhere,

**JESSE L. KESSLER**

knowingly and willfully transmitted in interstate commerce from California to Kentucky, a communication which contained a threat to injure E.G., to wit an email in which he wrote the following: "You'll both be seeing me soon but I'm not so stupid as to tell you exactly when.   I'm back on the east coast so it will be much easier.   For him, I'll be the last person he ever sees.   For you… It's you'll be the last person I ever see," all in violation of 18 U.S.C. § 875(c).


ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

## **PENALTIES**

**COUNT 1:**   Not more than 5 years imprisonment, $250,000 fine, and 3 years supervised release.

**COUNT 2:**   Not more than 5 years imprisonment, $250,000 fine, and 3 years supervised release.

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Restitution, if applicable.