(3/2018)



**Report and Request for the Removal of a Condition
of Term of Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF KENTUCKY

United States of America

v.                                                   Crim. No. 5:18-CR-008-DCR-01

Jesse L. Kessler

On November 20, 2019, the above-named was placed on a three-year term of supervised release. As a condition of supervision, the defendant was ordered to serve six months community confinement at the commencement of his term of supervised release.

Respectfully submitted,

Melissa F. Markwell
U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that Special Condition Number One, as listed above, be removed from the conditions of supervision.

Dated this ___8th___ day of ___April___, 2020

The Honorable Danny C. Reeves
Chief United States District Judge