PROB 12C
(5/2015)

Eastern District of Kentucky
**FILED**

MAY 29 2020

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF KENTUCKY

### Petition for Warrant or Summons for Offender under Supervision

Name of Offender:  Jesse L. Kessler            Case Number:  5:18-CR-008-DCR-01

Name of Sentencing Judicial Officer:  Honorable Danny C. Reeves, Chief U.S. District Judge

Date of Original Sentence:  October 19, 2018

Original Offense:  Intent to Harass and Intimidate Using an Electronic Communication Service of Interstate Commerce

Original Sentence:  24 months imprisonment; 3 years supervised release

Type of Supervision:  Supervised Release       Date Supervision Commenced:  11/6/2019

Asst. U.S. Attorney:  Kathryn Anderson         Defense Attorney:  Thomas C. Lyons

### PETITIONING THE COURT

☐ To issue a warrant

☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.     Nature of Noncompliance

1                 Contact with victim in this case

U.S. Probation Officer Recommendation:

☐ The term of supervision should be:

   ☒ Revoked.

   ☐ Extended for _____ years, for a total term of _____ years.

May 29, 2020
Page 2

RE: Kessler, Jesse L.
   Dkt. # 5:18-CR-008-DCR-01
   PROB 12C

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/29/2020

*/s/ M F Markwell/*

Melissa F. Markwell
U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action.

☐ The Issuance of a Warrant (**Matter Sealed Pending Arrest**).

☒ The Issuance of a Summons.  *Return date to be set by U.S. Mag. Judge DCR*

☐ Refer to presiding Magistrate Judge for hearing and preparation of a Report and Recommendation.   To Appear before Magistrate Judge Stinnett on JUNE 17, 2020 at 1:30 p.m. a

☒ Forward a copy of violation report to U.S. Attorney's Office.

☐ Other

_____
Signature of Judicial Officer

May 29, 2020
_____
Date