**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

CRIMINAL NO. 18-CR-008-DRC                             *ELECTRONICALLY FILED*

UNITED STATES OF AMERICA                                               PLAINTIFF

VS.                         **MOTION TO CONTINUE HEARING**

JESSE KESSLER                                                          DEFENDANT

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

Comes the Defendant, Jesse Kessler, by counsel, and respectfully moves the Court to continue the final supervised release violation hearing in this matter currently scheduled for Friday, July 24, 2020. As grounds for this motion, counsel states as follows:

1. This matter is currently set for a final supervised release hearing before the Court on Friday, July 24, 2020 at 3:00 p.m. [Rec. No. 47].

2. Subsequent to the initial appearance by the Defendant, counsel for the Defendant was out of town and the office for a period of three (3) weeks and has had insufficient time to discuss supervised release violation hearing issues with the Defendant. Counsel made a trip to Florida the first week of July 2020, and subsequently had to self-quarantine for a period of fourteen (14) days.

3. Defendant lives in Pennsylvania and is in a position of having to drive a vehicle to Lexington, Kentucky for the final hearing without knowing whether he will be able to transport that vehicle back to Pennsylvania. Additional time is necessary in order to make appropriate arrangements for the Defendant's travel to Lexington.

4.     Defendant is requesting a two-week continuance of the final supervised release hearing, scheduled at a time and date convenient with the Court's calendar.

Wherefore, Defendant respectfully requests an appropriate Order of the Court.

Respectfully submitted,

/s/ Thomas C. Lyons
THOMAS C. LYONS, ESQ.
Law Offices of Thomas C. Lyons
201 West Short Street, Suite 800
Lexington, Kentucky 40507
859-231-0055
thomaslyons@hotmail.com
*Counsel for Defendant, Jesse Kessler*

**CERTIFICATE OF SERVICE**

This is to certify that a true copy of the foregoing Motion to Continue Hearing has been served on July 21, 2020 by filing same via the CM/ECF System, which will send electronic notice to all counsel of record.

/s/ Thomas C. Lyons
THOMAS C. LYONS, ESQ.

Cc:    Jesse Kessler