UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. 5:18-008-DCR

UNITED STATES OF AMERICA                                                     PLAINTIFF

V.            **RESPONSE TO MOTION TO CONTINUE**
              **FINAL REVOCATION HEARING**

JESSE L. KESSLER                                                              DEFENDANT

\* \* \* \* \*

Pursuant to the Court's Order, DE 53, the United States responds as follows to Defendant Kessler's Motion to Continue the Final Revocation Hearing in this matter:

The United States does not object to the requested continuance. It planned to call two witnesses to appear and testify at the upcoming hearing, both of whom are local and, with limited exception, would be available to testify at a later date.[1] The United States is not aware of any cost, expense, or inconvenience to the government or its witnesses associated with continuing the hearing. Further, a brief continuance may result in a more streamlined final revocation hearing should the parties be able to reach agreement on certain issues.

---

[1] One witness has advised that she is unavailable July 29 through August 2.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY


By:   s/ Kathryn M. Anderson
      Assistant United States Attorney
      260 W. Vine Street, Suite 300
      Lexington, Kentucky 40507-1612
      (859) 685-4885
      FAX (859) 233-2747
      kathryn.anderson@usdoj.gov

## **CERTIFICATE OF SERVICE**

On July 22, 2020, I electronically filed this document through the ECF system, which will send notice to all counsel of record.

                                                  s/ Kathryn Anderson
                                                  Assistant United States Attorney