UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
Office of the Clerk

Robert R. Carr
Clerk of Court

David Hunter
Chief Deputy Clerk



101 Barr Street
Lexington, KY 40507
859-233-2503

March 17, 2021

## NOTICE OF EXHIBIT DESTRUCTION

Kathryn Anderson, AUSA
U.S. Attorney's Office, EDKY
260 W. Vine Street, Suite 300
Lexington, KY 40507-1612

      RE:    Lexington Criminal Case No. 18-011-DCR
             *United States of America v. Jesse L. Kessler*

      Our records reveal that exhibits were introduced into evidence by you in the above-captioned case. If you wish these exhibits returned to you, please pick them up at the Clerk's Office, United States Courthouse, Lexington, Kentucky, during normal business hours. If someone other than yourself is to collect the exhibits, please have them present some form of authorization signed by you. Please contact Lisa Moore at 859-469-7431 prior to picking up the exhibits to avoid any delay in retrieving the exhibits from the exhibit locker.

      **FAILURE TO RESPOND WITHIN TWO WEEKS OF THE DATE OF THIS NOTICE WILL RESULT IN THE DESTRUCTION OF THESE EXHIBITS**, pursuant to Local Rule 55.2(c). Should you not require the return of these records, no correspondence from your office is necessary. If you have any questions regarding this matter, please feel free to contact this office.

## NO FURTHER NOTICE WILL BE ISSUED

      Sincerely,

      ROBERT R. CARR, CLERK

      By:    *Lisa K Moore*, Deputy Clerk