UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

Eastern District of Kentucky
**FILED**
APR 12 2021
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Criminal Action No. 5: 18-008-DCR-1 |
| V. ) | |
| JESSE L. KESSLER, ) | **DESTRUCTION CERTIFICATE** |
| Defendant. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This is to certify that the exhibit(s) marked on the Exhibit/Witness List filed at Docket Entry 60 were filed in the Evidentiary Hearings in the above-styled action on behalf of the United States. Counsel for the United States has been requested in writing to withdraw the exhibit(s). No claims having been made for the return of said exhibit(s)s, they are now eligible for destruction.

ROBERT R. CARR, CLERK
UNITED STATES DISTRICT COURT

4/8/21
DATE

DAVID HUNTER,
CHIEF DEPUTY CLERK

04/12/2021
DESTRUCTION DATE

DEPUTY CLERK

- 1 -